## Commonwealth *v.* Aiello, Appellant.

Argued October 9, 1957. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Wm. Vincent Mullin,* for appellant.

*J. K. Stout,* with her *F. Emmett Fitzpatrick, Thomas M. Reed,* Assistant District Attorneys, *James N. Lafferty,* First Assistant District Attorney, and *Victor H. Blanc,* District Attorney, for appellee.

OPINION PER CURIAM, November 12, 1957:

The order of the court below is affirmed on the opinion of President Judge EVANS of the Sixth Judicial District, specially presiding, as reported in 9 Pa. D. & C. 2d 767.